CELLULOID MANUF'G Co. and others *v.* CHROLITHIAN COLLAR & CUFF Co.

*(Circuit Court, S. D. New York.  August 4, 1885.)*

CONTEMPT—VIOLATION OF INJUNCTION—EVIDENCE.

An adjudication that a party is in contempt for violating an injunction is in its nature somewhat criminal, and the proof of such violation must be clear.

In Equity.

*Frederic H. Betts,* for plaintiff.

*John P. Adams,* for defendant.

WHEELER, J.  The affidavits of the officers and agents of the defendant raise sufficient doubt as to violation of the injunction to make an adjudication that the defendant is guilty of contempt, which is in its nature somewhat criminal, and ought to be shown by clear proof, appear to be unwarranted.

Motion denied, without prejudice.